UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAYNE ALLEN LANGSTAFF

        Petitioner,        Case No. 22-11896

v.

JAMES CORRIGAN, ACTING WARDEN

        Respondent.
_____/

**JUDGMENT**

In accordance with the September 29, 2022 Opinion and Order Summarily Dismissing the Petition for Writ of Habeas Corpus, Declining a Certificate of Appealability and Denying Motion for Equitable Tolling

IT IS ORDERED AND ADJUDGED that judgment is entered for Respondent James Corrigan and against Petitioner Dayne Allen Langstaff.

Dated at Port Huron, Michigan, this 29th day of September, 2022.

                      DAVID J. WEAVER
                      CLERK OF THE COURT

                BY:s/Lisa G. Wagner
                    Lisa Wagner, Deputy Clerk
                    and Case Manager to
                    Judge Robert H. Cleland